

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00301-CV

### Trial Court No. 2010-04-0299

## In the Interest of Timothy Treadwell, a child

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Barbara Gorman |
| Motion fee | $10.00 | Frank G Dobrovolny |
| Motion fee | $10.00 | The Dobrovolny Firm |
| Supplemental reporter's record | $3,206.00 | Anthony Treadwell, Appellant |
| Indigent | $25.00 | The Dobrovolny Law Firm |
| Supreme Court chapter 51 fee | $50.00 | The Dobrovolny Law Firm |
| Filing | $100.00 | The Dobrovolny Law Firm |
| Required Texas.gov efiling fee | $20.00 | The Dobrovolny Law Firm |
| Clerk's record | $206.00 | Frank Dobrovolny |
| **TOTAL:** | $3,637.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 7th day of August 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk